UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

       - v. -                    :     S1 09 Cr. 443 (PKC)

JOHN ALBERT NOLAN,                :

             Defendant.       :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.  From in or about December 2005 through in or about July 2006, in the Southern District of New York and elsewhere, JOHN ALBERT NOLAN, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, visa fraud, in violation of Title 18, United States Code, Section 1546(a).

### The Object of the Conspiracy

2.  It was a part and an object of the conspiracy that JOHN ALBERT NOLAN, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, would and did make under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, and would and did subscribe as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and would

and did present such application, affidavit, and other document which contained such false statement and which failed to contain a reasonable basis in law and fact, in violation of Title 18, United States Code, Section 1546(a).

### Overt Acts

3. In furtherance of the conspiracy and to effect its unlawful object, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 30, 2005, JOHN ALBERT NOLAN, the defendant, sent United States Department of Labor ("DOL") case information that contained unauthorized changes by facsimile transmission from his office in Pennsylvania to a co-conspirator not named herein ("CC-1") in Brooklyn, New York.

    b. In or about January 2006, CC-1 paid for hotel lodging for NOLAN in Manhattan, New York.

    c. In or about March 2006, NOLAN deposited checks totaling more than $7,000 into his New Jersey bank account.

    d. Between in or about December 2005 and in or about May 2006, CC-1 used his cellular telephone to call NOLAN's Pennsylvania office more than 300 times.

(Title 18, United States Code, Section 371.)

## COUNT TWO

The United States Attorney further charges:

4. From in or about December 2005 through in or about July 2006, in the Southern District of New York and elsewhere, JOHN ALBERT NOLAN, the defendant, unlawfully, willfully, and knowingly, would and did make under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, and would and did subscribe as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and would and did present such application, affidavit, and other document which contained such false statement and which failed to contain a reasonable basis in law and fact, to wit, NOLAN aided and abetted the presentation of false applications to immigration authorities by providing to CC-1 DOL case information that contained unauthorized changes in exchange for cash.

(Title 18, United States Code, Sections 1546(a) and 2.)

## COUNT THREE

The United States Attorney further charges:

5. From in or about December 2005 through in or about July 2006, in the Southern District of New York and elsewhere, JOHN ALBERT NOLAN, the defendant, unlawfully, willfully, and knowingly, being a public official and a person selected to be a

3

public official, directly and indirectly would and did corruptly demand, seek, receive, accept, and agree to receive and accept a thing of value personally and for another person and entity, in return for being influenced to commit and aid in committing, and to collude in, and allow, a fraud, and make opportunity for the commission of a fraud, on the United States, to wit, NOLAN provided to CC-1 DOL case information that contained unauthorized changes in exchange for cash.

(Title 18, United States Code, Sections 201(b)(2)(B) and 2.)

*Lev L. Dassin*

LEV. L. DASSIN
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN ALBERT NOLAN,

Defendant.

**FELONY INFORMATION**

S1 09 Cr. 443 (PKC)

LEV L. DASSIN
Acting U.S. Attorney.

5/27/2009
Filed Information
P. Kevin Castel